IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DOREEN P. GROSCHUPF,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA by and through THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | CV 19–81–M–DLC |

Pursuant to the Parties' Stipulation of Dismissal of All Claims with Prejudice (Doc. 15),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

DATED this 12th day of August, 2020.

_____
Dana L. Christensen, District Judge
United States District Court